UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CHARLY ACQUISITIONS, LTD., *et al.,*

                        Plaintiffs,                   **ORDER**

       -against-                                   23 Civ. 9851 (KMK) (AEK)

43 NORTH BROADWAY, LLC, *et al.,*

                        Defendants.

-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

     A telephonic status conference before Magistrate Judge Krause is hereby scheduled for **Monday, October 7, 2024, at 11:00 a.m.**

     To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700#; and (3) press pound (#) to enter the teleconference as a guest. Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Dated: September 4, 2024
       White Plains, New York

                                                    **SO ORDERED.**

                                                    _____
                                                    ANDREW E. KRAUSE
                                                    United States Magistrate Judge