UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLY ACQUISITIONS, LTD., a Nevis corporation; and CHARLY TRADEMARKS LTD., a Nevis corporation,

   Plaintiffs,

v.

43 NORTH BROADWAY, LLC, a New York limited liability company; THOMAS FICARA, an individual; MARGATE ENTERTAINMENT LLC, a Pennsylvania limited liability company; and DOES 1 through 20,

   Defendants.

Case No. 7:23-cv-09851-KMK-AEK

## [PROPOSED] DEFAULT JUDGMENT

This action—the Crossclaims by Defendant 43 North Broadway, LLC ("43 North") against Crossclaim Defendants Thomas Ficara and Margate Entertainment, LLC (collectively, "Crossclaim Defendants")—having been commenced on July 25, 2024 by the filing of 43 North's Answer to the Amended Complaint and Crossclaims (the "Crossclaims"); and a copy of the Amended Summonses and Crossclaims having been served on Crossclaim Defendants on January 13, 2025, by delivery of the Amended Summons and Crossclaims by certified mail to 21900 Neuralia Road, California City, CA 93505, by certified mail to 108A Erickson Avenue, Essington, PA 19029, and by e-mail to tomficara@yahoo.com, tvstvnetwork@gmail.com, and AlanRosenberg@TVSGlobalMedia.com; and the proof of such service having been filed on January 13, 2025; it is

**ORDERED, ADJUDGED, AND DECREED** that 43 North have judgment against Crossclaim Defendants Thomas Ficara and Margate Entertainment, LLC, jointly and severally, in the liquidated amount of $250,000.00.

1

**ORDERED, ADJUDGED, AND DECREED** that 9% per annum pre-judgment interest has accrued from November 18, 2019, and will accrue until the date of the entry of judgment, pursuant to N.Y. C.P.L.R. §§ 5001; 5004(a).

**ORDERED, ADJUDGED, AND DECREED** that post-judgment interest will accrue from the date of the entry of judgment at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment, pursuant to 28 U.S.C. §1961.

Dated:     October 29, 2025
              White Plains, New York

_____
Hon. Kenneth M. Karas, U.S.D.J.